IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIAN ZUMBADO,<br>CHRISTINE ZUMBADO,<br>ROBERT WARD, and<br>MIGUEL TORRES, SR., Individually<br>  and as Parent and Natural<br>  Guardian of Miguel Torres, Jr.,<br>  a Minor Child,<br><br>           Plaintiffs<br><br>      vs.<br><br>THE CITY OF ALLENTOWN and<br>CHIEF JOSEPH BLACKBURN,<br>  Individually, and in<br>  His Official Capacity as<br>  Chief of The Allentown Police<br>  Department,<br><br>           Defendants | Civil Action<br>No. 07-CV-02459 |

O R D E R

NOW, this 6th day of February, 2009, upon consideration of the following motions and documents:

(1) Defendants' Motion for Summary Judgment filed October 30, 2008, together with Defendants' Statement of Facts in Support of their Motion for Summary Judgment and accompanying brief;

(2) Motion for Sanctions filed October 7, 2008 by defendants; and

(3) Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Sanctions, which memorandum was filed October 31, 2008;

it appearing that no brief in opposition to Defendants' Motion for Summary Judgment was filed; after hearing conducted before

the undersigned on the Motion for Sanctions on December 22, 2008; and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that Defendants' Motion for Summary Judgment is granted.

IT IS FURTHER ORDERED that judgment is entered in favor of defendants City of Allentown and Chief Joseph Blackburn, and against plaintiffs Adrian Zumbado, Christine Zumbado, Robert Ward, and Miguel Torres, Sr., individually and as parent and natural guardian of Miguel Torres, Jr., a minor child.

IT IS FURTHER ORDERED that the Motion for Sanctions is dismissed as moot.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:


 /s/ James Knoll Gardner
James Knoll Gardner
United States District Judge